154 So.2d 302

**David Dallas TAYLOR**

v.

**STATE of Alabama.**

**3 Div. 69.**

Supreme Court of Alabama.

May 30, 1963.

David Dallas Taylor, pro se.

Richmond M. Flowers, Atty. Gen., and John G. Bookout, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petitioner filed a petition for writ of certiorari to the Court of Appeals. The Attorney General filed a motion to dismiss the petition on the ground that no application for rehearing was made in the Court of Appeals. The motion to dismiss must be granted. Richardson v. State, 215 Ala. 581, 112 So. 193; Supreme Court Rule 39.

Petition dismissed.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.